IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FRANK SNOWDEN,

    Petitioner,

v.                                                          No. 1:19-cv-01063-JDB-jay

UNITED STATES OF AMERICA,

    Respondent.

ORDER DENYING 28 U.S.C. § 2241 PETITION WITHOUT PREJUDICE

Petitioner, Frank Snowden, has filed a petition under 28 U.S.C. § 2241 (the "Petition"), complaining that the Federal Bureau of Prisons is failing to give him credit toward his federal sentence for the time he served in federal pretrial detention and in state custody. (Docket Entry 1.) A challenge to the execution of a prisoner's sentence pursuant to § 2241 must be brought against the prisoner's custodian and must be filed in the district in which the custodian is located. *Pierce v. United States*, No. 3:12-0121, 2012 WL 1900921, at *2 n.2 (M.D. Tenn. May 24, 2012) (citing *Sutton v. United States,* 172 F.3d 873 (6th Cir. 1998)). Snowden is incarcerated at the Forrest City Federal Correctional Institution, St. Francis County, Arkansas, which is in the Eastern District of Arkansas. *See* 28 U.S.C. § 83(a). The Petition is therefore DENIED without prejudice to refile in the proper district court against Petitioner's current custodian.

IT IS SO ORDERED this 28th day of March, 2019.

                                                                  s/ J. DANIEL BREEN
                                                                  UNITED STATES DISTRICT JUDGE